ACCEPTED
06-15-00114-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/16/2015 3:34:18 PM
DEBBIE AUTREY
CLERK

## NO.   06-15-00114-CR

| | | |
|---|---|---|
| **GEORGE WASHINGTON SHARPER** | § | **IN THE COURT** |
| | § | |
| **VS.** | § | **OF APPEALS** |
| | § | |
| **STATE OF TEXAS** | | **SIXTH APPELLATE DISTRICT** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/16/2015 3:34:18 PM
DEBBIE AUTREY
Clerk

### THIRD MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes GEORGE WASHINGTON SHARPER, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 196th Judicial District Court of Hunt County, Texas.

2.     The case below was styled *State of Texas v. George Washington Sharper,* Cause No. 28,240.

3.     Appellant was convicted in Cause 28,240 of Capital Murder and was sentenced to life in prison without parole in the Texas Department of Corrections, Institutional Division.

4.     Notice of appeal was given on July 16, 2015.

6. The clerk's record in this case was filed on August 14, 2015; the reporter's record in this case was filed on August 14, 2015.

7. The appellate brief is presently due on November 6, 2015.

8. Appellant requests an extension of time of ten (10) days from the present due date.

9. One previous motion for extension of time to file the brief has been filed and granted in this case.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

A. Appellant's case raises several areas of appellate consideration, many of which are quite complex.

B. This is a Capital Murder – non death penalty case. It involves a severe penalty and all appellate issues should be given sufficient consideration and time to be developed and properly briefed on appeal.

C. Although Appellant's attorney has spent considerable time thus far, additional time is needed properly to prepare Appellant's Brief.

D. Appellant's attorney has spent considerable time in court appearing in the following cases:

1. On November 3, 2015 in *In the Interest of Uglade Children*, Cause

No. 82022 in the 354th District Court of Hunt County, Texas;

2.     On November 4, 2015 in *In the Interest of A.H., Chil*d, Cause No. 81,688 in the 196th Judicial District Court of Hunt County, Texas;

3.     On November 4, 2015 in *In the Interest of B.P.W., Child*, Cause No. 81,722 in the 196th Judicial District Court of Hunt County, Texas;

4.     On November 4, 2015 in *In the Interest of T.K.H., Child*, Cause No. 80,862 in the 196th Judicial District Court of Hunt County, Texas;

5.     On November 4, 2015 in *In the Interest of A.G., A.G., Jr., And G.G., Children*, Cause No. 81439 in the 196th Judicial District Court of Hunt County, Texas;

6.     On November 4, 2015 in *State of Texas v. Stephen Robert Chaney,* Cause No. 29,917 in the 354th Judicial District Court of Hunt County, Texas;

7.     On November 12, 2015 in *In the Interest of A.M.W., Child*, Cause no. 82,395 in the 196th Judicial District Court of Hunt County, Texas;

8.     On November 12, 2015, in *In the Interest of E.M.H., Child*, Cause No. 82.087 in the 196th Judicial District Court of Hunt County, Texas; and

9.     On November 12, 2015, in *In the Interest of J.F., Child*, Cause No. 82,358 in the 196th Judicial District Court of Hunt County, Texas.

Appellant's attorney has conferred with Calvin Grogan, Assistant District

Attorney of Hunt County, Texas, and the State does not oppose this Motion.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Third Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

RENSHAW, DAVIS & FERGUSON, LLP

By:    /s/ Katherine A. Ferguson
        Katherine A. Ferguson
        (SBN 06918050)

2900 Lee Street, Suite 102
P.O. Box 21
Greenville, Texas 75403-0021
Tel:  (903) 454-6050
Fax:  (903) 454-4898
Email:  fergusk66@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that November 16, 2015, a true and correct copy of the above and foregoing document was served on the Hunt County District Attorney's Office, Hunt County Courthouse, 4th Floor, Greenville, Texas by hand delivery.

/s/ Katherine A. Ferguson
Katherine A. Ferguson